| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial) Fish, Allen J. | 2. Court or Organization United States District Court, Northern District of Texas | 3. Date of Report 05/15/2012 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States District Judge (Senior) | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ✔ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |
| 7. Chambers or Office Address 1100 Commerce Street Suite 1404 Dallas, Texas 75242 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | 2011 | SMU Dedman School of Law - teaching for spring and fall terms |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fish, Allen J. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2011 | SMU Dedman School of Law - teaching | $80,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | St. John's Episcopal School--Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fish, Allen J. | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fish, Allen J. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Texas Federal Credit Union Accounts, Dallas, TX | A | Dividend | M | T | | | | | |
| 2. TIAA-CREF deferred annuity | A | Int./Div. | J | T | Buy | 12/02/11 | J | | |
| 3. -CREF Inflation Linked Bond Fund | A | Dividend | | | Sold | 12/02/11 | J | A | |
| 4. IRA #1 | | | | | | | | | |
| 5. -Vanguard Total Stock Mkt Index Fund (VTSMX) | A | Dividend | K | T | | | | | |
| 6. -Vanguard Inflation Protected Securities Fund (VIPSX) | A | Dividend | K | T | | | | | |
| 7. IRA #2 | | | | | | | | | |
| 8. -Vanguard Total Stock Mkt Index Fund (VTSMX) | A | Dividend | J | T | | | | | |
| 9. -Vanguard Inflation Protected Securities Fund (VIPSX) | A | Dividend | J | T | | | | | |
| 10. IRA #3 | | | | | | | | | |
| 11. -Vanguard Total Stock Mkt VIPERS (VTI) | A | Dividend | J | T | Sold (part) | 10/06/11 | J | A | |
| 12. -iShares TIPS Bond Fund (TIP) | A | Dividend | J | T | Sold (part) | 10/06/11 | J | A | |
| 13. -iShares EAFE Index Trust (EFA) | A | Dividend | J | T | Buy (add'l) | 10/06/11 | J | | |
| 14. -Vanguard REIT VIPERS (VNQ) | A | Dividend | J | T | Sold (part) | 10/06/11 | J | A | |
| 15. -SPDR Select Sector-Energy (XLE) | A | Dividend | J | T | Sold (part) | 10/06/11 | J | A | |
| 16. -American Century Int'l Bond Fund (BEGBX) | A | Dividend | J | T | Sold (part) | 10/04/11 | J | A | |
| 17. -iShares FTSE Xinhua China 25 (FXI) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fish, Allen J. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -iShares Russell 1000 Value Trust (IWD) | A | Dividend | J | T | Sold (part) | 10/06/11 | J | A | |
| 19. -iShares Russell 2000 Value Trust (IWN) | A | Dividend | J | T | Buy (add'l) | 10/06/11 | J | | |
| 20. -iShares EAFE Value Index Trust (EFV) | A | Dividend | J | T | Buy (add'l) | 10/06/11 | J | | |
| 21. -Vanguard Emerging Markets VIPERS (VWO) | A | Dividend | J | T | Buy (add'l) | 10/07/11 | J | | |
| 22. -SPDR Gold Trust Gold Shares (GLD) | | | J | T | Buy (add'l) | 02/25/11 | J | | |
| 23. -Berkshire Hathaway Class B (BRK/B) | | | J | T | Buy | 02/25/11 | J | | |
| 24. IRA #4 | | | | | | | | | |
| 25. -Vanguard Total Stock Mkt VIPERS (VTI) | A | Dividend | J | T | | | | | |
| 26. -iShares TIPS Bond Fund (TIP) | A | Dividend | J | T | | | | | |
| 27. -iShares EAFE Index Trust (EFA) | A | Dividend | J | T | | | | | |
| 28. -Vanguard REIT VIPERS (VNQ) | A | Dividend | J | T | | | | | |
| 29. -SPDR Select Sector-Energy (XLE) | A | Dividend | J | T | | | | | |
| 30. -iShares FTSE Xinhua China 25 (FXI) | A | Dividend | J | T | | | | | |
| 31. Exxon Mobil Common Stock (XOM) | A | Dividend | K | T | | | | | |
| 32. ING USA Annuity & Life Insurance Company deferred annuity | B | Interest | K | T | | | | | |
| 33. Aviva Life & Annuity Company deferred annuity (X) | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fish, Allen J. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The items reported in paragraph VII(1) are credit union accounts. Detailed transactional data are not being provided in accordance with the instructions.

2. The item in paragraphn VII(2) was purchased with the proceeds of the sale reported in paragraph VII(3).

3. The additional shares in paragraphs VII(13), (19), (20), and (21) were purchased with proceeds of the sales reported in paragraphs VII(11), (12), (14), (15), (16), and (18).

4. The items in VII(22) and (23) were purchased with dividends accumulated in IRA #3.

| Name of Person Reporting | Date of Report |
|---|---|
| Fish, Allen J. | 05/15/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Allen J. Fish**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544